UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT WEST,<br>       Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner,<br>Social Security Administration,<br>       Defendant. | C. A. No. 16-81-M-LDA |

## ORDER

Robert West objects to the Magistrate Judge's Report and Recommendation (ECF No. 13) recommending that his Motion to Reverse (ECF No. 9) be denied and the Commissioner's Motion to Affirm (ECF No. 10) be granted.

After a complete review of the record, this Court adopts the Magistrate Judge's recommendation for the reasons stated therein. He correctly found that it is the ALJ who is responsible for weighing the evidence and resolving conflicts in the evidence, including written inconsistencies between the treating physician and all other evidence in the record. It is clear to this Court that there is substantial evidence in the record to support the ALJ's findings and conclusions that Mr. West is not disabled within the meaning of the Act.

Therefore, the report is accepted. Plaintiff's Motion to Reverse (ECF No. 9) is DENIED and the Commissioner's Motion to Affirm (ECF No. 10) be is GRANTED.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge
November 14, 2016